UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YI SUN,<br><br>                   Plaintiff,<br><br>                -v.-<br><br>HUGH H. MO; TSAI CHUNG CHAO; MAYOR ERIC LEROY ADAMS; THE LAW FIRM OF HUGH H. MO, P.C.; LI DA SUN; THE TOP ASIAN UNIFORMED NYPD OFFICERS, WHO ARE MEMBERS OF THE NYPD ASIAN-AMERICAN POLICE EXECUTIVES COUNCIL, AAPEX; NATURO-MEDICAL HEALTH CARE, P.C.; THE CITY OF NEW YORK; DET. STEVEN MATTHEWS; DET. BRYAN TROCKEL; DET. BRUNO VIDAL; SAM TSANG; DETECTIVE OR SUPERVISOR IN 72 PRECINCT; and LIEUTENANT TIMOTHY CAI,<br><br>               Defendants. | 24 Civ. 3630 (KPF)<br><br>**ORDER OF SERVICE** |

KATHERINE POLK FAILLA, District Judge:

    Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on assistance from the Court and the United States Marshals Service ("USMS") to effect service. *Walker* v. *Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process … in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the Court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

    To allow Plaintiff to effect service on Detective Trockel and Detective Vidal through the USMS, the Clerk of Court is instructed to fill out a USMS Process Receipt and Return form ("USM-285 form") for each of these defendants. The Clerk of Court is further instructed to issue summonses for these defendants

and deliver to the USMS all the paperwork necessary for the USMS to effect service upon these defendants.

If the Amended Complaint (Dkt. #4) is not served within 90 days after the date summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur* v. *Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss the action if Plaintiff fails to do so.

For the reasons discussed above, the Court hereby DIRECTS SERVICE on Detective Bryan Trockel and Detective Bruno Vidal.

The Court further directs the Clerk of Court to: [i] issue summonses for Detective Bryan Trockel and Detective Bruno Vidal; [ii] complete USM-285 forms with the service addresses of each of these defendants; and [iii] deliver all documents necessary to effect service of the summonses and the Amended Complaint (Dkt. #4) on these defendants to the USMS.

The Court also directs the Clerk of Court to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: September 24, 2024
       New York, New York

*Katherine Polk Failla*

―――――――――――――――――――
KATHERINE POLK FAILLA
United States District Judge

**SERVICE ADDRESS FOR EACH DEFENDANT**

1. Detective Bryan Trockel
   1 Police Plaza Path
   Room 110 C
   New York, New York 10038

2. Detective Bruno Vidal
   1 Police Plaza Path
   Room 110 C
   New York, New York 10038