UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YI SUN,

                Plaintiff,

        -v.-

HUGH H. MO; TSAI CHUNG CHAO; MAYOR ERIC LEROY ADAMS; THE LAW FIRM OF HUGH H. MO, P.C.; LI DA SUN; THE TOP ASIAN UNIFORMED NYPD OFFICERS, WHO ARE MEMBERS OF THE NYPD ASIAN-AMERICAN POLICE EXECUTIVES COUNCIL, AAPEX; NATURO-MEDICAL HEALTH CARE, P.C.; THE CITY OF NEW YORK; DET. STEVEN MATTHEWS; DET. BRYAN TROCKEL; DET. BRUNO VIDAL; SAM TSANG; DETECTIVE OR SUPERVISOR IN 72 PRECINCT; and LIEUTENANT TIMOTHY CAI,

                Defendants.

24 Civ. 3630 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

      The Court has reviewed Plaintiff's Motion for Peremptory Challenge, Memorandum of Law in Support of the Motion, Declaration in Support of the Motion, and Proposed Order of Transfer.  (Dkt. #41, 42, 43, 44).  The motion is similar to the previous motion filed by Plaintiff (Dkt. #19, 21), which this Court broadly construed as a motion for the Court's recusal and denied (Dkt. #27).  The same analysis holds here.  Plaintiff has provided no reasoning to support her claim that this Court is prejudiced against Plaintiff, except that the Court has dismissed Plaintiff's Section 1983 claims.  (*See* Dkt. #42 at 2).  Plaintiff has

therefore not established that this Court "has a personal bias or prejudice either against [Plaintiff] or in favor of any adverse party."  28 U.S.C. § 144.

Accordingly, the Court DENIES Plaintiff's motion.  The Clerk of Court is directed to terminate the pending motion at docket entry 41, and to mail a copy of this Order to Plaintiff at her address of record.

SO ORDERED.

Dated:  October 25, 2024
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge